IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Ma Arellano Lopez, *et al.*, | No. CV-20-01063-PHX-JJT (MTM) |
| Petitioners, | **ORDER** |
| v. | |
| United States Department of Homeland Security, *et al.*, | |
| Respondents. | |

At issue is the Report and Recommendation (Doc. 28, "R&R") submitted in this matter by United States Magistrate Judge Michael T. Morrissey recommending that the Court deny and dismiss with prejudice the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in this matter (Doc. 1). Judge Morrissey warned in the R&R that failure to object to it within 14 days of its issuance may result in this Court's acceptance of the R&R without further review, and may operate as a waiver of a party's right to appellate review of any findings of fact in this Court's Order pursuant to the R&R. No party filed any objections in that period. All parties therefore have waived the above rights and the Court may accept the R&R.

The Court nonetheless reviewed Judge Morrissey's recommendations on their merits, and upon that review, concludes the R&R is properly supported and justified in law. Petitioner's detention is lawful under 12 U.S.C. § 1225(b). His claims regarding conditions of confinement ate not cognizable under Section 2241, and in the alternative,

would fail on their merits. The Court therefore will adopt the R&R and proceed accordingly.

IT IS ORDERED adopting in whole the R&R submitted by Judge Morrissey at Doc. 28.

IT IS FURTHER ORDERED denying and dismissing with prejudice the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in this matter (Doc. 1). The Clerk of Court shall terminate this matter.

Dated this 24th day of May, 2021.

Honorable John J. Tuchi
United States District Judge